NUMBER 13-01-281-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________


BARNETT HARLEY-DAVIDSON, INC. , Appellant,


v.


EVAN SHULL , Appellees.

___________________________________________________________________


On appeal from the County Court at Law No. 2 

of Cameron County, Texas.

___________________________________________________________________



O P I N I O N


Before Justices Dorsey, Rodriguez, and Castillo

Opinion Per Curiam


Appellant, BARNETT HARLEY-DAVIDSON, INC. , perfected an appeal from a judgment entered by the County Court at
Law No. 2 of Cameron County, Texas, in cause number 99-CCL-1307-B . After the notice of appeal was filed, the parties
filed an agreed motion to reverse and remand. In the motion, the parties state that they have reached a compromise
settlement agreement in this matter.

The Court, having examined and fully considered the documents on file and the parties' agreed motion, is of the opinion
that the motion should be granted. The agreed motion is granted, and the judgment of the trial court is hereby REVERSED
and the cause is REMANDED to the trial court in accordance with the parties' settlement agreement. 

PER CURIAM

Opinion ordered not published.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 9th day of August, 2001 .